United States Western District of Wisconsin

Valerie L Flores,

        Plaintiff                             21-cv-466jdp

v.                                           21-cv-529jdp

Stonehouse Development (Kasie Setterlund, Jackie Murphy, Kristie Johnson, Richard B Arnesen, Ian Hall, and Helen Bradbury,

        Defendants

## Motion to Appeal Case Dismissal to U.S. Seventh Circuit Court and a change of venue out of Wisconsin district courts and consolidate case numbers into one

Plaintiff, Valerie Flores, respectfully requests an appeal to the seventh circuit court on the decision to dismiss, Ms. Flores, federal lawsuit complaint in regards to her fair housing discrimination complaint, violation of ADA, HUD violation, FHA violation, harassment, source of income/physical appearance/gender/age/familial status/marital status (single) discrimination, and personal injury claim against Stonehouse Development and its employees and managers.

Dated: 11/29/2021

Plaintiff

s/ Valerie L Flores

Valerie L Flores
PO Box 620493
Middleton, WI 53562